# United States Court of Appeals
## For the First Circuit

No. 23-1599

UNITED STATES,

Appellee,

v.

STAVROS PAPANTONIADIS, a/k/a Steve Papantoniadis,

Defendant - Appellant.

Before

Barron, <u>Chief Judge</u>,
Kayatta and Rikelman, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: October 13, 2023

    Defendant-Appellant Stavros Papantoniadis appeals from the district court's rulings affirming the magistrate judge's denial of release on pre-trial bail and denying a motion to reopen detention proceedings. Applying "independent review," we have considered each of the challenges developed in Papantoniadis' briefs and conclude that affirmance is in order. <u>See</u> <u>United States</u> v. <u>O'Brien</u>, 895 F.2d 810, 814 (1st Cir. 1990) (standard of review). Papantoniadis does not identify any factor that the district court overlooked and does not identify precedent legitimately suggesting reversible error on this record. <u>See</u> <u>id.</u> (discussing degree of deference owed to district court's bail ruling).

    In arriving at these conclusions, we have not considered applicability of the 18 U.S.C. § 3142(e)(3)(D) presumption of detention, which was not raised in the district court, because the district court's bail rulings withstand scrutiny even with the presumption omitted from the equation (in light of the latter point, we need not take up questions of waiver). To the extent Papantoniadis suggests the district court disregarded certain testimony, the record offers no indication that the district court disregarded the testimony, as opposed to considering the testimony after assigning a weight to it. <u>See, e.g.</u>, <u>Keller</u> v. <u>United States</u>, 38 F.3d 16, 25 (1st Cir. 1994) ("Particular deference is due trial court findings dependent on witness credibility . . . ."). Further, the record does not suggest that the district court's bail ruling turned to any meaningful degree on the consideration of

videos found on Papantoniadis' phone or on the secured or unsecured nature of the appearance bond Papantoniadis proposed.

In accordance with the foregoing, the judgment of the district court is **AFFIRMED**. See Local Rule 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Christopher John Pohl
Timothy E. Moran
Donald Campbell Lockhart
Brian Alexander Fogerty
Steven C. Boozang
Carmine P. Lepore
Ashley P. Allen
Stavros Papantoniadis