UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>STAVROS PAPANTONIADIS )<br>         Defendant )  | CRIMINAL No. 23cr10089 |

## DEFENDANT'S LIST OF POTENTIAL WITNESSES

1. Francis Araujo, Canton, MA
2. Katrina Araujo, Canton, MA
3. Radouane Bendriss
4. Henry Escobar
5. Angel Gregorio
6. Ryan Keith, South Easton, MA
7. Jacque Maurice Hudson
8. Andonis Kotsis
9. James Walker Mason, Dorchester, MA
10. Armea Mahrous Mikhail
11. Denis Alexi Pacheco, Hyde Park, MA
12. Michael Papargiropoulos, Norwood, MA
13. Anastasios Papatoniadis, Canton, MA
14. Christian Rodriguez
15. Luis Romero, Jamaica Plain, MA
16. Nadeem Salameh, Foxborough, MA
17. Theodoros Saridas, Roslindale, MA
18. Jerry Skordas, West Roxbury, MA
19. Santiago Villa
20. Kelli Wright, Scituate, MA

The defendant reserves the right to amend this as he continues his investigation.

Respectfully Submitted,
Stavros Papantoniadis
By counsel

*/s/ Carmine P. Lepore*
Carmine P. Lepore
Lepore & Hochman, P.A.
One Sprague Street
Revere, MA 02151
(781) 286-8800
BBO# 564603

April 27, 2024

## CERTIFICATE OF SERVICE

I, Carmine P. Lepore, hereby certify that the above document was filed through the Electronic Court Filing system and served on all registered participants.

/s/ *Carmine P. Lepore*