UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v. ) <br> ) <br> STAVROS PAPANTONIADIS, ) <br> ) <br> Defendant. ) | Criminal No. <br> 23-10089-FDS |

## VERDICT FORM

**COUNTS 1-4:** Forced Labor

We, the jury:

1. As to Count One (Mamdouh Elkashilan), find defendant Stavros Papantoniadis:

    __X__ Not Guilty    _____ Guilty

2. As to Count Two (Jose Antonio Hernandez Navarrete), find defendant Stavros Papantoniadis:

    _____ Not Guilty    __X__ Guilty

3. As to Count Three (Tharcisio Ribeiro Do Carmo), find defendant Stavros Papantoniadis:

    _____ Not Guilty    __X__ Guilty

4. As to Count Four (Silvia Bonilla Vilorio), find defendant Stavros Papantoniadis:

    _____ Not Guilty    __X__ Guilty

## COUNTS 5-7: Attempted Forced Labor

**We, the jury:**

5. As to Count Five (Thiago Silva Teixeira), find defendant Stavros Papantoniadis:

   _____ Not Guilty          __X__ Guilty

6. As to Count Six (William Dos Passos), find defendant Stavros Papantoniadis:

   _____ Not Guilty          __X__ Guilty

7. As to Count Seven (Julio Cesar Yanes Reyes), find defendant Stavros Papantoniadis:

   _____ Not Guilty          __X__ Guilty


**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _[signature]_          DATE: 6/7/24